HENRY J. LUNDE, INC., Appellant, *v.* MARLBOROUGH S. WALKER et al., Defendants, and MANBAY ESTATES, INC., et al., Defendants-Respondents. (Action No. 1.)  HENRY J. LUNDE, INC., Appellant, *v.* JOHN H. KOEGEL et al., Defendants, and MANBAY ESTATES, INC., et al., Defendants-Respondents. (Action No. 2.)

Argued January 5, 1944; decided February 24, 1944.

*James N. Gehrig* and *Edwin J. Loewy* for appellant.

*Denis M. Hurley* and *Albert Hutton* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

In the Matter of the Accounting of GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased.

WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST, Appellants; GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased, et al., Respondents.

In the Matter of the Construction of the Will of PRENTISS N. GRAY, Deceased.

WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST, Appellants; GERALD F. BEAL et al., as Executors of and Trustees under the Will of PRENTISS N. GRAY, Deceased, et al., Respondents.

Argued January 10, 1944; decided February 24, 1944.